# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

|                       |                                          |          |    |
|-----------------------|------------------------------------------|----------|----|
| **Debtor:**           | BRUCE NICHOLAS GEORGE                    |          |    |
| **Case Number:**      | 2:16-BK-10311-EPB                        | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 28, 2017 02:30 PM 7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR.                 |          |    |
| **Courtroom Clerk:**  | ANNETTE FRANCHELLO                       |          |    |
| **Reporter / ECR:**   | MARGARET KELLY                           |          |    |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT OF ESTATE PROPERTY FILED BY LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER .

**R / M #:** 58 / 0

### Appearances:

DARYL WILSON, ATTORNEY FOR BRUCE NICHOLAS GEORGE

### Proceedings:

Mr. Wilson informs the Court that he was recently retained to handle the lien issue. He has not had an opportunity to discuss the matter with opposing counsel. He explains that part of the issue is that the trustee sale was cancelled after the sale. He reports that someone has been living in the property and collecting rent. He also notes that the property has been damaged and believes discovery is needed.

The Court suggests continuing the matter since opposing counsel is not present. Mr. Wilson agrees.

COURT: IT IS ORDERED continuing this matter to July 26, 2017 at 2:30 p.m.